IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARI ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF UTAH,<br><br>    Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:22-CV-789 TS-JCB<br><br>District Judge Ted Stewart |

  In December 2022, the Court granted Plaintiff's request to proceed in forma pauperis and she filed her Complaint. This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).

  The Magistrate Judge issued a Report and Recommendation on March 16, 2023. The Magistrate Judge recommends that this action be dismissed with prejudice for failure to state a claim and because it is frivolous.

  Pursuant to 28 U.S.C. § 636(b)(1), a party has 14 days from being served with a copy of the Report and Recommendation to file an objection. Plaintiff has not responded to the Report and Recommendation. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

  ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 13) is ADOPTED IN FULL. It is further

  ORDERED that this action is dismissed with prejudice.

DATED this 19th day of April, 2023.

                BY THE COURT:

                *[signature]*

                Ted Stewart
                United States District Judge